# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JUSTIN MCGILTON**                                                    **PLAINTIFF**
**ADC #173180**

**V.**                              **NO. 2:26-cv-00010-JM**

**JUSTINE MIINOR,** *et al.*                                          **DEFENDANTS**

## ORDER

On January 15, 2026, *pro se* plaintiff Justin McGilton, an Arkansas Division of Correction inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2*. With his initial filing, Mr. McGilton failed to provide a completed application for leave to proceed in forma pauperis ("IFP"); nor did he pay a filing fee. As a result, on January 21, 2026, the Court directed the Clerk of Court to send Mr. McGilton an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 3*. The Court specifically warned Mr. McGilton that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. McGilton has not addressed the filing fee requirement and the time to do so has passed.

IT IS THEREFORE ORDERED THAT:

1.      The Court withdraws the reference.

2.      Mr. McGilton's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's January 21, 2026 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

3.      An in forma pauperis appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

4.      The Clerk is instructed to close this case.

IT IS SO ORDERED this 26th day of February, 2026.

 

_____
UNITED STATES DISTRICT JUDGE